AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| DYNAMIC 3D GEOSOLUTIONS LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:14-cv-00112-LY |
| SCHLUMBERGER LIMITED, ET AL. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Schlumberger Limited (Schlumberger N.V.)
c/o Registered Agent
National Registered Agents, Inc.
1999 Bryan Street, Suite 900
Dallas, TX 75201-3136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael J. Collins, Esq.
Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC
1616 S. Voss Road, Suite 125
Houston, TX 77057
Telephone: (281) 501-3425
Email: mcollins@cepiplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*William G. Putnicki*
CLERK OF COURT

Date: February 5, 2014

_____
*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Texas

Case Number: 1:14-CV-00112-LY

Plaintiff:
**Dynamic 3D Solutions LLC**

vs.

Defendant:
**Schlumberger Limited, et al**

For:
Michael J. Collins
1616 S. Voss Road
125
Houston, TX 77057

Received by On Time Process Service on the 6th day of February, 2014 at 4:25 pm to be served on **Schlumberger Limited (Schlumberger N.V.) c/o registered agent National Registered Agents, Inc., 1999 Bryan St, 9th Floor, Dallas, TX 75201**.

I, Anthony Collins, being duly sworn, depose and say that on the **7th day of February, 2014** at **1:15 pm, I:**

Executed service by delivering a true copy of the **Summons and Original Complaint for Patent Infringement**, to: **Marie Garcia, of National Registered Agents, Inc.** as **Process Specialist** at the address of: **1999 Bryan St, 9th Floor, Dallas, TX 75201**, who is authorized to accept service for **Schlumberger Limited (Schlumberger N.V.)**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 7th day of February, 2014 by the affiant who is personally known to me.

_____
NOTARY PUBLIC



**Anthony Collins**
SCH 357 Expires 12/31/2016

**On Time Process Service**
**1700 Pacific Ave**
**Suite 1040**
**Dallas, TX 75201**
(214) 740-9999
Our Job Serial Number: ONT-2014000455
Ref: Dynamic003

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

