IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Dynamic 3D Geosolutions LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:14-cv-00112—LY |
| ) | |
| Schlumberger Limited (Schlumberger N.V.); ) | |
| Schlumberger Holdings Corporation; and ) | |
| Schlumberger Technology Corporation ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT**

Defendants respectfully submit the attached supplemental authority in support of their Motion to Dismiss the Complaint. (Dkt. 19.) On June 19, 2014, in *Alice Corp. v. CLS Bank International*, the Supreme Court ruled that certain patent claims are invalid as a matter of law under 35 U.S.C. § 101 because they are drawn to a patent-ineligible abstract idea despite being implemented on a computer. No. 13-298, 2014 WL 2765283 (June 19, 2014) (copy attached as Exhibit A).

Applying the two-step framework of *Mayo Collaborative Services v. Prometheus Laboratories, Inc.*, 132 S. Ct. 1289 (2012), the Court first held that all of the claims "are drawn to the abstract idea of intermediated settlement," which is "'a fundamental economic practice long prevalent in our system of commerce.'" 2014 WL 2765283, at *6, *7 (quoting *Bilski v. Kappos*, 561 U.S. 593, 611 (2010)). Second, the Court held that the claims "merely require generic computer implementation" and lack any "additional features" or "inventive concept," "sufficient to 'transform' the claimed abstract idea into a patent-eligible application" because the

claims "amount to 'nothing significantly more' than an instruction to apply the abstract idea … using some unspecified, generic computer." *Id*. at *9 (quoting *Mayo*, 132 S. Ct. at 1298). Finally, the Court held that its ruling as to the method claims applies equally to the system claims, which "add nothing of substance to the underlying abstract idea." *Id*. at *12.

Respectfully submitted,

SCOTT, DOUGLASS & MCCONNICO, L.L.P.

By: /s/   Steven  J. Wingard
　　Stephen E. McConnico
　　State Bar No. 13450300
　　Steven J. Wingard
　　State Bar No. 00788694
　　Paige Arnette Amstutz
　　State Bar No. 00796136
　　600 Congress Avenue, Suite 1500
　　Austin, TX  78701
　　Tel.: (512) 495-6300
　　Fax: (512) 474-0731
　　smcconnico@scottdoug.com
　　swingard@scottdoug.com
　　pamstutz@scottdoug.com

　　Maximilian A. Grant (*pro hac vice*)
　　Elizabeth M. Roesel (*pro hac vice*)
　　LATHAM & WATKINS LLP
　　555 Eleventh Street N.W., Suite 1000
　　Washington, DC  20004-1304
　　Tel.: (202) 637-2200
　　Fax: (202) 637-2201
　　max.grant@lw.com
　　elizabeth.roesel@lw.com

　　*ATTORNEYS FOR DEFENDANTS SCHLUMBERGER LIMITED (SCHLUMBERGER N.V.), SCHLUMBERGER HOLDINGS CORPORATION AND SCHLUMBERGER TECHNOLOGY CORPORATION*

## CERTIFICATE OF SERVICE

  I hereby certify that, on June 25, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Michael J. Collins
John J. Edmonds
Henry Pogorzelski
Shea N. Palavan
Matthew M. Zarghouni
COLLINS, EDMONDS & POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 S. Voss Road, Suite 125
Houston, TX  77057

Maximilian A. Grant
Elizabeth M. Roesel
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC  20004-1304

            /s/  Steven J. Wingard
            Steven J. Wingard

1112291