IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DYNAMIC 3D GEOSOLUTIONS LLC,<br><br>                            Plaintiff,<br><br>v.<br><br>SCHLUMBERGER LIMITED<br>(SCHLUMBERGER N.V.);<br>SCHLUMBERGER HOLDINGS<br>CORPORATION; AND<br>SCHLUMBERGER TECHNOLOGY<br>CORPORATION,<br><br>                          Defendants. | CASE NO.: 1:14-CV-00112-LY<br><br>JURY TRIAL DEMANDED |

**APPENDIX TO DEFENDANTS' MOTION TO DISQUALIFY COUNSEL
AND TO DISMISS WITHOUT PREJUDICE**

Pursuant to Local Rule CV-7(d)(1) of the Local Rules for the Western District of Texas, Defendants SCHLUMBERGER LIMITED ("SCHLUMBERGER N.V."), SCHLUMBERGER HOLDINGS CORPORATION, and SCHLUMBERGER TECHNOLOGY CORPORATION (collectively, "Defendants" or "Schlumberger") submit this Appendix to Defendants' Motion to Disqualify Counsel and to Dismiss Without Prejudice. This Appendix contains true and correct copies of each of the following:

Exhibit 1:     Excerpts from Charlotte H. Rutherford's deposition, Volume I (May 29, 2014)

             A.     Charlotte H. Rutherford's corrections to her deposition on May 29, 2014

Exhibit 2:     Excerpts from Charlotte H. Rutherford's deposition, Volume II (July 17, 2014)

             A.     "Next Generation Patent Appraisal (Buying Patents)"

Exhibit 3:     Schlumberger's privilege-log level disclosure regarding Charlotte H. Rutherford's prior employment at Schlumberger

Exhibit 4:     First Initial Pretrial Conference Hearing Transcript (Apr. 22, 2014)

1126512

Exhibit 5:       Letter from Michael Collins, Collins Edmonds, to the Honorable Lee Yeakel, U.S. District Court, Western District of Texas (Apr. 21, 2014)

Exhibit 6:       Letter from Michael Collins, Collins Edmonds, to Steve Wingard, Scott, Douglass & McConnico (May 5, 2014)

Exhibit 7:       Letter from Michael Collins, Collins Edmonds, to Steve Wingard, Scott, Douglass & McConnico (June 9, 2014)

Exhibit 8:       Press Release, Acacia Research Corp., Acacia Names Leading IP Executive From Energy Industry To Management Team (June 3, 2013)

Exhibit 9:       Second Initial Pretrial Conference Hearing Transcript (Aug. 12, 2014)

Exhibit 10:      Compl., Dynamic 3D Geosolutions LLC v. Halliburton Co., 1:14-cv-00111-LY (W.D. Tex. Feb. 4, 2014), ECF No. 1

Exhibit 11:      Compl., Dynamic 3D Geosolutions LLC v. Emerson Elec. Co., 1:14-cv-00526-LY (W.D. Tex. June 4, 2014), ECF No. 1

Exhibit 12:      Compl., Dynamic 3D Geosolutions LLC v. LMK Res., Inc., 1:14-cv-00527-LY (W.D. Tex. June 4, 2014), ECF No. 1

Exhibit 13:      Compl., Dynamic 3D Geosolutions LLC v. Paradigm, B.V., 1:14-cv-00528-LY (W.D. Tex. June 4, 2014), ECF No. 1

Exhibit 14:      Compl., Dynamic 3D Geosolutions LLC v. IHS Inc., 1:14-cv-00529-LY (W.D. Tex. June 4, 2014), ECF No. 1

Exhibit 15:      Rutherford partially redacted e-mail attaching "Director of Intellectual Property" job description (Apr. 1, 2010)

Exhibit 16:      Compl., Dynamic 3D Geosolutions LLC v. Schlumberger Ltd., 1:14-cv-00112-LY (W.D. Tex. Feb. 4, 2014), ECF No. 1.

Exhibit 17:      Declaration of Jim Holloway (Aug. 1, 2014):

     A.       Statement of Claims (Oct. 18, 2006)

     B.       Schlumberger's Motion Record Regarding Ex-Parte Injunction (Oct. 5, 2006)

     C.       Judgment (July 4, 2007)

Exhibit 18:      Declaration of Martyn Beardsell (July 31, 2014)

Exhibit 19:      Press Release, Acacia Research Corp., Acacia Research Launches Houston Office and Energy Practice (Dec. 9, 2013)

1126512

Exhibit 20:     Declaration of W. Amon Burton, Jr. (Aug. 15, 2014):

      A.     W. Amon Burton, Jr.'s Curriculum Vitae

      B.     Listing of expert testimony given by W. Amon Burton, Jr. during past four years

      C.     Listing of documents read and/or reviewed by W. Amon Burton, Jr. in preparing his Declaration

Exhibit 21:     Joint Status Rep., Dynamic 3D Geosolutions LLC v. Schlumberger Ltd., 1:14-cv-00112-LY (W.D. Tex. July 29, 2014), ECF No. 40

Exhibit 22:     State Bar of California's profile for Matthew David Vella

Exhibit 23:     Pl.'s Corporate Disclosure Statement, Dynamic 3D Geosolutions LLC v. Schlumberger Ltd., 1:14-cv-00112-LY (W.D. Tex. Feb. 4, 2014), ECF No. 2

Exhibit 24:     Pl.'s Certificate of Formation (Dec. 6, 2013)

Exhibit 25:     Press Release, Acacia Research Corp., Acacia Subsidiary Partners with Owners of Patented Technology for Dynamic, 3-D Modeling Used for Energy Resource Exploration and Production (Dec. 5, 2013)

Exhibit 26:     Declaration of Robin Nava (Aug. 5, 2014)

      1.     American Bar Association, Model Rules of Professional Conduct, Rule 1.10 and Comments

Exhibit 27:     Declaration of Paige A. Amstutz

Dated:  August 15, 2014                    Respectfully submitted,


By:     /s/ Steve McConnico
      Stephen E. McConnico, State Bar No. 13450300
      Steven J. Wingard, State Bar No. 00788694
      Paige Arnette Amstutz, State Bar No. 00796136
      SCOTT, DOUGLASS & MCCONNICO, L.L.P.
      600 Congress Avenue, Suite 1500
      Austin, TX  78701
      Tel.: (512) 495-6300
      Fax: (512) 474-0731
      smcconnico@scottdoug.com
      swingard@scottdoug.com
      pamstutz@scottdoug.com

3

1126512

Maximilian A. Grant (*pro hac vice*)
Gabriel K. Bell (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street N.W., Suite 1000
Washington, DC  20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201
max.grant@lw.com
gabriel.bell@lw.com

Ann Marie Wahls (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611
Tel.: (312) 876-7700
Fax: (312) 993-9767
annmarie.wahls@lw.com

*Attorneys for Defendants*
*Schlumberger Limited (Schlumberger N.V.),*
*Schlumberger Holdings Corporation and*
*Schlumberger Technology Corporation*

4

1126512