# Exhibit 1A

         I, CHARLOTTE RUTHERFORD, have read the foregoing
deposition and hereby affix my signature that same is true
and correct, except as noted above.

                    *[signature: Charlotte Rutherford]*
                    CHARLOTTE RUTHERFORD


THE STATE OF  _TEXAS_  )

COUNTY OF  _HARRIS_  )

         Before me, ~~a~~ _DEBRA DEAL HEXSEL_, on this day
personally appeared CHARLOTTE RUTHERFORD, known to me (or
proved to me under oath or through _____)
(description of identity card or other document) to be the
person whose name is subscribed to the foregoing
instrument and acknowledged to me that they executed the
same for the purposes and consideration therein expressed.
         Given under my hand and seal of office this _10th_
day of _JUNE_, _2014_.


                    *[signature: Debra Deal Hexsel]*
                    NOTARY PUBLIC IN AND FOR
                    THE STATE OF _TEXAS_

*[Notary seal: DEBRA DEAL HEXSEL, NOTARY PUBLIC, STATE OF TEXAS, MY COMMISSION EXPIRES MARCH 7, 2017]*

```
 1                    CHANGES AND SIGNATURE
 2    WITNESS NAME:   CHARLOTTE RUTHERFORD
 3    DATE OF DEPOSITION:   MAY 29, 2014
 4    PAGE/LINE        CHANGE              REASON
 5
 6    See attached Exhibit A
 7
 ...
25
```

Exhibit A

Corrections to the May 29, 2014 Deposition Transcript of Charlotte Rutherford

| Page/Line | Original Transcript | Correction | Reason for Change |
|---|---|---|---|
| Page 41/Line 5 | "F-I-S-H-M-A-N." | "F-I-S-C-H-M-A-N." | Typo or witness misspoke. |
| Page 59/Line 7 | "I-S-A-K-S-O-N" | "I-S-A-K-S-E-N" | Typo or witness misspoke. |
| Page 114/Line 23 | "I was a Senior Counsel." | "I was a senior counsel." | Court reporter capitalized words that should not have been capitalized. |
| Page 123/Line 3 | "…matter that I had while at Schlumberger." | "…matter that I handled while at Schlumberger." | Typo or witness misspoke. |
| Page 138/Lines 20-24 | "At Acacia, my title is Senior Vice President responsible for the energy practice at Acacia, and I perform numerous roles." | "At Acacia, my title is Senior Vice President responsible for the energy practice at Acacia, and I perform numerous roles. I also have the title of Associate General Counsel, and I perform various legal tasks in that position." | Witness forgot to mention her Associate General Counsel position when answering this question. |

4838-1708-2907, v. 1