# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DYNAMIC 3D GEOSOLUTIONS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 1:14-cv-00112-LY |
| v. | § | |
| | § | |
| SCHLUMBERGER LIMITED | § | JURY TRIAL DEMANDED |
| (SCHLUMBERGER N.V.); | § | |
| SCHLUMBERGER HOLDINGS | § | |
| CORPORATION; and SCHLUMBERGER | § | |
| TECHNOLOGY CORPORATION | § | |
| | § | |
| Defendants. | § | |
| | § | |

### DECLARATION OF GARY FISCHMAN

I, Gary Fischman, hereby declare as follows:

1.      I am over the age of 21 and I am competent to testify on the matters set forth herein. The following is based upon my personal knowledge, and if called as a witness I could and would testify competently thereto.

2.      I am an attorney and member of the State Bar of Texas.

3.      Since July of 2013, I have been employed by Acacia Research Group LLC ("ARG") as Vice President, Licensing. In that capacity, I have become familiar with the efforts of Acacia subsidiary Dynamic 3D Geosolutions LLC ("Dynamic 3D") to license and enforce U.S. Patent No. 7,986,319 ("the '319 patent").

4.      ARG entered into an agreement with Austin Geomodeling, Inc. to acquire the '319 patent on August 20, 2013.

1

5.      In early November of 2013 I assembled a PowerPoint presentation and presented it to Matt Vella during a November 7, 2013 telephone conference with Matt Vella during which I recommended that ARG acquire the '319 patent and form a subsidiary to license and enforce that patent.

6.      Charlotte Rutherford participated in the telephone call with and presentation to Mr. Vella. However, she excused herself from the call before there was any discussion related to Schlumberger.

7.      No outside counsel participated in the call with and PowerPoint presentation to Mr. Vella.

8.      The decision to acquire and enforce the '319 patent was made at the conclusion of the call.

9.      I first approached Michael Collins of Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC (the "Collins, Edmonds firm") about representing an Acacia subsidiary in the enforcement of the '319 patent after making the PowerPoint presentation to Mr. Vella and after the decision was made to acquire and enforce that patent. Mr. Collins has testified in his declaration, which I have reviewed, that I first contacted him on or about November 12, 2013. I have no reason to doubt that this date is correct.

10.     On November 18, 2013, ARG transmitted a formal written notice to Austin Geomodeling, Inc. of acceptable completion of the investigation period on the '319 patent, and ARG advised Austin Geomodeling, Inc. that the patent assignment agreement dated August 20, 2013 continued with full force and effect.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, professional opinions and beliefs.

2

Executed on September 5, 2014 in Houston, Texas.

Gary Fischman

3