**EXHIBIT I**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re Subpoena to  
CHARLOTTE H. RUTHERFORD

Misc. Action No. 4:14-mc-02315

**PRIVILEGE LOG**

|   | Date | Author(s) | From | To | CC | Document Type | PRIVILEGES | DESCRIPTION |
|---|------|-----------|------|----|----|---------------|------------|-------------|
| 1. | 07/22/2013 | | Erik Ahroon | Gary Fischman | Charlotte Rutherford; John Schneider; Phillip Mitchell | Email with Excel attachment | Attorney Client Work Product | Email (with embedded images) among attorneys and client representatives regarding estimate of potential damages for infringement of AGM patent, along with attached spreadsheet prepared by attorney John Schneider reflecting analysis of potential damages associated with infringement of AGM patent. |
| 2. | 07/22/2013 | | Erik Ahroon | Charlotte Rutherford; Gary Fischman | Phillip Mitchell; John Schneider | Email with Excel attachment | Attorney Client Work Product | Email (with embedded images) among attorneys and client representatives regarding estimate of potential damages for infringement of AGM patent, along with attached spreadsheet prepared by attorney John Schneider reflecting analysis of potential damages associated with infringement of AGM patent. |
| 3. | 07/22/2013 | | Erik Ahroon | John Schneider; Gary Fischman | Charlotte Rutherford | Email with PDF attachment | Attorney Client Work Product | Email among attorneys and client representatives discussing legal issue involved in potential acquisition of AGM patent portfolio, along with copy of license agreement (reflecting client representative mental impressions) attached to attorney-client/work product email for discussion with attorneys/client representatives. |
| 4. | 07/22/2013 | | Charlotte Rutherford | Gary Fischman | | | | Email among attorneys/client representatives (with embedded images) regarding estimate of damages for infringement of AGM patents. |
| 5. | 07/24/2013 | | Charlotte Rutherford | Charles Cho (Acacia IT) | Gary Fischman | Email | Attorney Client Work Product | Top email asks Charles Cho of IT Department for help opening files; rest of email chain contains request for, and responses to, attorney comment and review of potential damages associated with infringement of AGM patent. |
| 6. | 07/24/2013 | | Gary Fischman | Charlotte Rutherford | Gary Fischman | Email with two Excel attachments and one Word attachment | Attorney Client Work Product | Email chain (with embedded images) among attorneys and client representatives regarding estimate of potential damages for infringement of AGM patent. Attached are (a) Gary Fischman's attorney work notes reflecting evaluation of potential damages associated with infringement of AGM portfolio, (b) a spreadsheet prepared by attorney John Schneider, and modified by Gary Fischman, reflecting analysis of potential damages associated with infringement of AGM patent, and (c) a spreadsheet prepared by attorney John Schneider, and modified by Erik Ahroon, reflecting analysis of potential damages associated with infringement of AGM patent. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7. | 07/24/2013 | | | Charles Cho (Acacia IT) | Charlotte Rutherford; Gary Fischman | | Email with Word attachment | Attorney Client Work Product | Email forwarding plain-text version of email chain (that originally included embedded images) among attorneys and client representatives regarding estimate of potential damages for infringement of AGM patent. Attached is a duplicate copy of Gary Fischman's attorney work notes reflecting analysis of potential damages associated with infringement of AGM portfolio. |
| 8. | 07/24/2013 | | | Gary Fischman | Charlotte Rutherford | | Email with Word and Excel attachments. | Attorney Client Work Product | This email forwards the same text, embedded images, and attachments as Entry No. 6 above but includes Gary Fischman's attorney notes copied into the body of the email for ease of reading on an iPhone. |
| 9. | 07/29/2013 | | | Erik Ahroon | Marc Booth | Contracts; Charlotte Rutherford; Gary Fischman; Phillip Mitchell; John Schneider; Matthew Vella | Email | Attorney Client Work Product | Email among attorneys and client representatives discussing legal matter involved in potential acquisition of AGM patent portfolio. |
| 10. | 07/29/2013 | | | Erik Ahroon | Matthew Vella; Marc Booth | Contracts; Charlotte Rutherford; Gary Fischman; Phillip Mitchell; John Schneider | Email with two Excel attachments and two attached emails. | Attorney Client Work Product | The cover email contains discussion among attorneys and client representatives regarding the estimate of potential damages for infringement of AGM patent. Attached are (a) a spreadsheet prepared by attorney John Schneider reflecting analysis of potential damages associated with infringement of AGM patent, (b) a "Contract Request form" by Erik Ahroon requesting preparation of assignment agreement with AGM, (c) a July 10, 2013 email from Erik Ahroon to Tron Isaken, copying Robin Dommisse, with two attached Landmark maintenance quotations, attached "DecisionSpace" literature, and an attached Schlumberger license agreement, and (d) a July 22, 2013 email from Troy Isaken to Erik Ahroon, copying Robin Dommisee, with attached Schlumberger license agreement. |
| 11. | 07/30/2013 | | | Phillip Mitchell | Matthew Vella; Erik Ahroon; Marc Booth | contracts; Charlotte Rutherford; Gary Fischman; John Schneider | Email | Attorney Client Work Product | Email chain among attorneys and client representatives discussing advice of attorneys and legal matters involved in potential acquisition of AGM patent portfolio (with embedded image). |

| # | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12. | 07/30/2013 | | Matthew Vella | Phillip Mitchell; Erik Ahroon; Marc Booth | Contracts; Charlotte Rutherford; Gary Fischman; John Schneider | Email | Attorney Client Work Product | Email chain among attorneys and client representatives discussing legal matters involved in potential acquisition of AGM patent portfolio (with embedded image). |
| 13. | 10/16/2013 | John Schneider | N/A | N/A | N/A | Excel | Attorney Client Work Product | Excel spreadsheet drafted by attorney John Schneider calculating estimated damages for infringement of AGM patent. |
| 14. | 10/22/2013 | Charlotte Rutherford and Gary Fischman | N/A | N/A | N/A | PowerPoint | Attorney Client Work Product | PowerPoint slide (with non-substantive cover slide) drafted by Charlotte Rutherford and Gary Fischman that contains bullet-point descriptions about status of six patent portfolio projects, including short description of anticipated litigation involving the AGM patent. |
| 15. | 10/23/2013 | Charlotte Rutherford and Gary Fischman | N/A | N/A | N/A | PowerPoint | Attorney Client Work Product | PowerPoint slide (with non-substantive cover slide) drafted by Charlotte Rutherford and Gary Fischman that contain bullet-point descriptions about status of five patent portfolio projects, including short description of anticipated litigation involving the AGM patent. |
| 16. | 11/06/2013 | Gary Fischman | N/A | N/A | N/A | PowerPoint | Attorney Client Work Product | PowerPoint presentation prepared by attorney Gary Fischman and reflecting his analysis of legal issues involved in potential litigation based on the '319 patent. |
| 17. | 11/07/2013 | Charlotte Rutherford and Gary Fischman | N/A | N/A | N/A | PowerPoint | Attorney Client Work Product | Single PowerPoint slide drafted by Charlotte Rutherford and Gary Fischman that contains bullet-point descriptions about status of seven patent portfolio projects, including short description of anticipated litigation involving the AGM patent. |

| # | Date | Author | | | | Format | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| 18. | 11/07/2013 | Gary Fischman | N/A | N/A | N/A | PowerPoint | Attorney Client Work Product | PowerPoint presentation prepared by attorney Gary Fischman and reflecting his analysis of legal issues involved in potential litigation based on the '319 patent. |
| 19. | 11/12/2013 | Gary Fischman | N/A | N/A | N/A | Excel | Attorney Client Work Product | Excel spreadsheet drafted by attorney Gary Fischman showing estimated damages for infringement of AGM patent and the estimated dates when revenue would be received. |
| 20. | 11/12/2013 | Gary Fischman | N/A | N/A | N/A | Excel | Attorney Client Work Product | Excel spreadsheet drafted by attorney Gary Fischman applying discount factors for estimated damages for infringement of AGM patent. |
| 21. | 11/13/2013 | Charlotte Rutherford and Gary Fischman | N/A | N/A | N/A | PowerPoint | Attorney Client Work Product | Two PowerPoint slides drafted by Charlotte Rutherford and Gary Fischman that contain bullet-point descriptions about status of ten patent portfolio projects, including short description of anticipated litigation involving the AGM patent. |
| 22. | 11/13/2013 | Charlotte Rutherford and Gary Fischman | N/A | N/A | N/A | PowerPoint | Attorney Client Work Product | Two PowerPoint slides drafted by Charlotte Rutherford and Gary Fischman that contain bullet-point descriptions about status of ten patent portfolio projects, including short description of anticipated litigation involving the AGM patent. |
| 23. | 11/13/2013 | Charlotte Rutherford and Gary Fischman | N/A | N/A | N/A | PowerPoint | Attorney Client Work Product | Two PowerPoint slides drafted by Charlotte Rutherford and Gary Fischman that contain bullet-point descriptions about status of ten patent portfolio projects, including short description of anticipated litigation involving the AGM patent. |

| # | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24. | 11/21/2013 | Charlotte Rutherford and Gary Fischman | N/A | N/A | N/A | PowerPoint | Attorney Client Work Product | Two PowerPoint slides drafted by Charlotte Rutherford and Gary Fischman that contain bullet-point descriptions about status of 11 patent portfolio projects, including short description of anticipated litigation involving the AGM patent. |
| 25. | 12/09/2013 | Charlotte Rutherford and Gary Fischman | N/A | N/A | N/A | PowerPoint | Attorney Client Work Product | Two PowerPoint slides drafted by Charlotte Rutherford and Gary Fischman that contain bullet-point descriptions about status of ten patent portfolio projects, including short description of anticipated litigation involving the AGM patent. |
| 26. | 12/09/2013 | Charlotte Rutherford and Gary Fischman | N/A | N/A | N/A | PowerPoint | Attorney Client Work Product | Two PowerPoint slides drafted by Charlotte Rutherford and Gary Fischman that contain bullet-point descriptions about status of ten patent portfolio projects, including short description of anticipated litigation involving the AGM patent. |
| 27. | 12/10/2013 | Charlotte Rutherford and Gary Fischman | N/A | N/A | N/A | PowerPoint | Attorney Client Work Product | Two PowerPoint slides drafted by Charlotte Rutherford and Gary Fischman that contain bullet-point descriptions about status of ten patent portfolio projects, including short description of anticipated litigation involving the AGM patent. |
| 28. | 12/18/2013 | | Vincent Varghese | Gary Fischman; Debra Hexsel | Charlotte Rutherford | Email | Attorney Client Work Product | Email forwarded by Vincent Varghese that lists seven potential licensees of AGM patent. |
| 29. | 01/02/2014 | Charlotte Rutherford and Gary Fischman | N/A | N/A | N/A | PowerPoint | Attorney Client Work Product | Two PowerPoint slides drafted by Charlotte Rutherford and Gary Fischman that contain bullet-point descriptions about status of 11 patent portfolio projects, including short description of anticipated litigation involving the AGM patent. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 30. | 01/29/2014 | | Tisha Stender | Gary Fischman | Charlotte Rutherford | Email with two Excel attachments | | Email among attorneys/client representatives (with Excel spreadsheet templates attached) regarding estimate of damages for infringement of AGM patents. |
| 31. | 1/30/2014 | | Charlotte Rutherford | Gary Fischman | | Email with two Excel attachments. | | This email forwards Entry No. 30 above (along with the Excel templates) and discusses the scheduling of future follow-up in response to the contents of Entry No. 30. |
| 32. | 02/04/2014 | | Gary Fischman | Charlotte Rutherford | | Email | Attorney Client Work Product | Blank email from Gary Fischman forwarding privileged assessment from CEP law firm about assignment of case to this Court. |
| 33. | 02/26/2014 | | Gary Fischman | Charlotte Rutherford | | Email | Attorney Client Work Product | The email from Mr. Fischman states only "FYI" and forwards a February 26, 2014 email from Michael Collins to Gary Fischman (which copied John Edmonds, Henry Pogorzelski, and Andrew Tower) that notes SDM's hiring as Schlumberger's local counsel and that relays a three-sentence description of Mr. Collins' discussion with Steve Wingard about Schlumberger's request for an extension of time to file its answer. |

          Respectfully submitted,
          **AHMAD, ZAVITSANOS, ANAIPAKOS,**
          **ALAVI & MENSING P.C.**

          */s/ Joseph Y. Ahmad*
          Joseph Y. Ahmad
          Texas Bar No. 00941100
          S.D. Tex. No. 11604
          1221 McKinney Street, Suite 3460
          Houston, Texas  77010
          Telephone: (713) 655-1101
          Facsimile: (713) 655-0062
          joeahmad@azalaw.com

          **LEAD COUNSEL FOR MOVANT**
          **CHARLOTTE H. RUTHERFORD**

**OF COUNSEL:**

Timothy C. Shelby
Texas Bar No. 24037482
S.D. Tex. No. 39004
tshelby@azalaw.com

Adam Milasincic
Texas Bar No. 24079001
S.D. Tex. No. 1339915
amilasincic@azalaw.com

1221 McKinney Street, Suite 3460
Houston, Texas  77010
Telephone: (713) 655-1101
Facsimile: (713) 655-0062

## CERTIFICATE OF SERVICE

     I hereby certify that, on November 11, 2014, a true and correct copy of the foregoing document was served by email on the following counsel who issued the subpoena in question:

    Paige A. Amstutz
    SCOTT, DOUGLASS & MCCONNICO, L.L.P.
    600 Congress Street, Suite 1500
    Austin, Texas 78701 pamstutz@scottdoug.com

          */s/ Adam Milasincic*
          Adam Milasincic