# Exhibit 145



# Executive Summary prepared for:

## Acacia

July 2013

Robin Dommisse, AGM
Tron Isaksen, AGM

CHR0001

# Executive Summary



CHR0002

# Austin GeoModeling, Inc. Company Profile



3-D Geological Interpretation

- AGM is a solutions provider of next-generation geological interpretation solutions for oil & gas companies

- RECON® 3D Geological Interpretation software:

  □ Bridges the gap between seismic interpretation and 3D modeling

  □ Models 3D seismic and well logs in an integrated environment, enabling users to quickly make changes throughout their Geophysical and Geological (G&G) workflow processes

  □ RECON® 4.2 is the current release, which includes additional add-ins provided to enhance functionality and performance

- 16 current employees

- Headquartered in Austin, TX

  □ 3 regional offices - Austin, London, Rio de Janeiro

  □ 3 agents - utilized in India, Europe, and China



CHR0003

# The Growth Opportunity

- **Global demand for energy is accelerating:**
  AGM is an independent software development company, with proven technology, experienced management, and a client base ranging from super-major oil corporations to large independent oil companies.

- **The "easy oil" cannot be relied on to meet this growth:**
  AGM's RECON software turns oil & gas data into knowledge used by energy companies to reduce the risks associated with exploration and production. RECON's next-generation 3D technology is capable of handling the complex challenges that oil companies face in their daily subsurface operations.

- **Asset valuation is shifting from physical property to intellectual property:**
  AGM has spent the last ten years focused on developing a large portfolio of intellectual property. AGM's RECON technology is protected by a U.S. patent issued in 2011.

- **Return on Investment:**
  The investment opportunity consists of the ability to fund AGM's profitable software sales model replication in new market territories.



# Growth Opportunity Highlights

- **First-to-market with Next-Generation geophysical and geological software product-** Fills the gap in the oil & gas companies' workflow by providing an integrated 3D geological interpretation platform

- **Growth platform -** Technology and development team in place to expand development into upstream geophysical and downstream 3D modeling applications leveraging patented Cascade Technology®

- **Appeals to customer base -** Delivers easy-to-use features and functionality most often requested by customers

- **Rapidly expanding customer base -** Gaining traction through continued customer acceptance

- **Improves accuracy and efficiency of reservoir models -** Provides more accurate models using an integrated approach, real-time adjustments and risk scenario management

- **Proven/effective product -** Demonstrated performance with multiple customers in worldwide exploration and production environments

- **Experienced management** - Management with extensive track record in developing and implementing oil and gas energy solutions



5

CHR0005

# Why AGM is a Leader in the Market

- **Vision:** long before the large service companies (e.g. Halliburton, Schlumberger) identified the need for next-generation, interactive 3D interpretation tools, AGM was working on commercializing its RECON tool. The many years of intellectual property are protected by USA patents.

- **Partnerships:** by allying itself strategically with exploration and production companies in different market tiers, AGM has successfully proven its growth potential. RECON is deployed with 2 out of 5 super-major oil companies, and with 2 national oil companies, and a number of large independents.

- **Listening to Clients:** one of the main concerns voiced by exploration and production companies is the lack of response they receive from large service companies. Emerging exploration areas demand customized solutions (e.g. subsalt, unconventional) and AGM has always positioned itself as an agile software developer capable of addressing its clients' needs faster than anyone else.

- **Technology:** our relative youth and speed enables us to quickly incorporate new technologies, and to rapidly change directions if the exploration & production market demands it. AGM's RECON software always incorporates the latest new technologies.



# History
## AGM's Management Team

- Founded in 1996 by Tron Isaksen and Robin Dommisse – former Exxon, Halliburton/Landmark Graphics and STRATAMODEL® developers - the oil & gas industry's pioneering 3D Geocellular modeling solution. The STRATAMODEL intellectual property patent was licensed to Emerson Roxar RMS and Schlumberger Petrel. Bruce Meadours developed mapping algorithms used by STRATAMODEL, Halliburton/Landmark Graphics, and Austin GeoModeling, Inc.

- From 1996 to 2002, the AGM team performed reservoir modeling consulting services for a number of large, independent oil companies in North America, completing 3D reservoir characterization studies in North & South America, Australia, Europe (North Sea), Asia (China), North Africa, and the Middle East.

- The advanced features in RECON were quoted as one of the reasons why AGM won the tender for the 2.5 year long consulting contract with Saudi Aramco for the purpose of developing a new sequence stratigraphic framework of the world's largest oilfield, Ghawar. The AGM consulting team was augmented by a number of leading experts on Middle Eastern carbonate reservoirs from the University of Texas in Austin.

- The revenue from these consulting projects was used to develop and commercialize AGM's flagship RECON product. In 2003, AGM released first the commercial version of RECON® and sold licenses to Chevron, BHP and PetroChina.

- AGM's next-generation vision was validated by the U.S. Patent Office in 2011, when it was awarded a patent for its RECON software and Cascade Technology: Patent No. US 7,986,319 B2 "*Method and System for Dynamic, Three-Dimensional Geological Interpretation and Modeling*".



7

# History
## Commercial Validation in North America

- In 2007, AGM defeated both Halliburton and Schlumberger in the final competition of BP's tender for its Enterprise license agreement for the deployment of a next-generation 3D geological interpretation tool. AGM's vision of a 3D integrated interpretation environment was described by Executive Management as "Game-changing Technology".

- Going beyond software sales, BP funded AGM in 2008 to develop two new, non-exclusive technology modules, focused on multi-scenario risk management. AGM commercialized these projects within two years. The technology and intellectual property is owned by AGM and is currently Patent Pending.

- Signed strategic software development agreement with BP in 2008; AGM retained the rights to leverage this intellectual property on a non-exclusive basis, enabling AGM to resell the solutions to other oil & gas companies



# History
## Commercial Validation in South America

- The most rapidly expanding oil market in the Western Hemisphere is Brazil, where recent discoveries of large offshore, pre-salt oil fields are responsible for transforming Brazil into one of the largest oil producers in the world. AGM recognized this trend early, and established its own subsidiary, AGM do Brasil, in Rio de Janeiro, to be able to better serve this exciting new market.

- AGM's first client in Brazil is Petrobras, the national oil company. In recent years, AGM grew this account to 21 licenses in eight Operating Units, including the ones responsible for the recent exciting new pre-salt discoveries.

- The RECON solution was also chosen by other multi-billion capitalized Brazilian oil companies such as OGX and HRT.

- RECON is used in the largest oilfield in Colombia. Our oil company client has 27 rigs in operation, and uses RECON to plan, drill, and monitor up to 30 horizontal wells per month. 350 wells have been drilled with RECON so far, with 450 new wells planned targeting a 30% increase in average daily oil production for 2013.



## Revenue Model
### Enterprise, Multi-license & Recurring Revenue

- RECON sales deals vary from single installations to Enterprise wide deployments. AGM has closed **multi-year, multi-million dollar agreements** with Super-Majors like BP, as well as closed **individual license sales** averaging $80,000 per seat.

- AGM has a recurring revenue stream based on its annual renewable **maintenance & support model**, consisting of **20% of the original software list price.**

- For example: Corporate Enterprise license Maintenance and Support agreements were renewed for 2013 by BP, Petrobras, Chevron & ONGC.

- Future revenue streams rely on sales of the current RECON version, as well as on sales of new versions and new modules, released on a regular basis.

- Future revenue streams include the licensing of AGM's intellectual property, including competitive licensing of its 2011 U.S. Patent.

- The current software version is RECON® 4.2, which was released in 2013 along with new modules for Windows and Linux based PC platforms



# Austin GeoModeling, Inc.



# RECON® - 3-D Geological Interpretation



CHR0011

12

# Branding Overview

The Company:   **AGM™ - Austin GeoModeling**

The Product:   **RECON®**

The Technology:   **Cascade Technology®**









CHR0012

# What is RECON?

RECON® is a next-generation, 3D geological software product that combines seismic, well logs and production data into an interactive, dynamic interpretation environment powered by its patented Cascade Technology® engine.



Patent Awarded July 26, 2011: No. US 7,986,319 B2 : "Method and System for Dynamic, Three-Dimensional Geological Interpretation and Modeling"



# The Value Proposition

## AGM Technology Advantages

- Optimization of workflow iterations yields faster interpretations

- Improved accuracy of geologic interpretations



## Results/Value

- Reservoir risk reduction

- More accurate reservoir estimation

- Drilling optimization

- Acceleration of time to first oil

- Cost reduction

*"If we think of the impact of RECON in business, I think it's probably magnified by what we've done with the Pilot Study.*

*The asset team there think it's been fantastic. It's given them 40% efficiency improvements.*

*Their interpretations are more robust, they've been able to do things faster..."*

**Vice President of Geoscience and Subsurface Description, BP**



14



CHR0014

# What is Unique About AGM's Technology?



**User Experience**

database → Porosity map - Before → Change a Pick → Porosity map - After → database

Regenerate conformable structural surfaces

Recalculate isochores

Recalculate zone averages

**Recon Behind-the-scenes operations**

Update 3-D Views

Re-datum and update 2-D displays

Automatic Recon Cascade Technology™ Updates

Redistribute zone averages

CASCADE TECHNOLOGY

Patent Awarded July 26, 2011: No. US 7,986,319 B2 : "Method and System for Dynamic, Three-Dimensional Geological Interpretation and Modeling"



CHR0015

# Clients & Markets Served



AGM office or agency
RECON used in field

Ghawar field, Saudi Arabia





# RECON's Value: What our Clients are Saying



**Vice President of Geoscience and Subsurface Description, BP**

*"If we think of the impact of RECON in business, I think it's probably magnified by what we've done with the Pilot Study. The asset team there think it's been fantastic. It's given them 40% efficiency improvements. Their interpretations are more robust, they've been able to do things faster..."*



*"RECON allows us to update our geological interpretations in real time, reducing geological uncertainty and delivering more accurate results, faster."*



*"The versatility of RECON makes it the ideal tool for operations workflows including real-time 3D horizontal well geosteering and interpretation."*

**Geology drives technology: Faster, multidisciplinary interpretation leads to more accurate results**



# Key Customers

18



- Won geological toolkit competition
- Corporate enterprise agreement in place



- Deployed RECON® as a geological precursor to 3D modeling solutions like SLB Petrel
- Utilizes RECON® in 8 operating units, from deepwater exploration to horizontal well field development planning



- Customer utilized RECON®'s 3D geological interpretation workflows to bridge the gap between seismic and 3D modeling domains



- Recognized RECON® as a unique, fit-for-purpose solution for the design and monitoring of complex horizontal wells in both conventional and unconventional resource plays
- Customer realized a 250% improvement in workflow productivity when interpreting real time data from horizontal wells

PetroChina

- Utilizes RECON® for field development, regional stratigraphic studies and exploration (DaQing – China's largest oilfield)

**RECON has been adopted by 2 of the 5 super-majors, 2 of the 4 Chinese national oil companies, 2 other national oil companies and 5 independent oil companies**



19

# What our Customers want us to focus on

- Provide unique and compelling technologies to customers to improve reservoir characterization

  - Optimize recovery

  - Reduce risks

  - Reduce costs

- Respond to the needs of customers to enable more user friendly and efficient geological interpretation

- Maintain 'plug-and-play' compatibility with all industry standard data management infrastructure tools, software tools, and operating systems

- Active research & development program focused on continuous development of novel high-value applications (e.g. - 3D geosteering and real-time horizontal well interpretation)



# Financial History & Projections



# Growth Strategy: Use of Funds

- AGM has proved that it can sell its RECON software with Super-Majors in North America, National Oil Companies (NOC) in Brazil, India & China, and Independents (IOC) in the USA and South America.

- With the proper strategic investment partner, AGM can expand its repeatable sales model into new territories, such as the Middle East and Far East Asia, and emerging markets, including the North America unconventional market.

- Use of funds:

  □ Establish sales operations in the Middle East & Far East Asia

  □ Expand sales teams in North America

  □ Replace current resellers with AGM sales teams in Europe, China and India

  □ Continued expansion of Intellectual Property Portfolio

  □ Continued solution expansion through targeted R&D and inorganic growth (acquisition of smaller technology solution providers)

21



# Historical Revenue





CHR0022

# Historical and Projected Revenue





24

# Geological Interpretation Market



CHR0024

# RECON® Positioning in the Industry

- "RECON is a doer, its competition are viewers" – BP customer quote

- "RECON's competitors neglect geology" – Chevron customer quote





25



26

# Industry Landscape
## Market Dynamics / Growth Trends

- More E&P companies are becoming aware of the existing 2D functionality gap between 3D geophysics and 3D modeling

- Companies are seeking a way to mitigate the significant risk associated with inaccurate geological interpretations

- The lack of qualified technical personnel felt by both large and small operators amplifies the need for easy-to-use, integrated solutions, scalable from individual wells to large fields

- The unconventional reservoir market has a strong demand for fit-for-purpose software solutions (e.g. horizontal well planning and real-time interpretation in shale plays)

- High end 3D graphics intensive software can now be successfully deployed on low cost interpretation workstations and laptops







# Industry Landscape
## Market Competitors

■ RECON's Real-Time, 3D processes won out over 13 industry-leading geoscience software providers in the BP Next -Generation Geological Toolkit competition, including the ones listed below

| Software Solutions | Why customers also choose RECON® |
|---|---|
| **Schlumberger** *WesternGeco* | ▪ Perfect complement to Petrel. RECON is a more dynamic solution, designed for geologists. RECON is positioned as the geological interpretation bridge between Petrel's seismic and 3D modeling solutions |
| **HALLIBURTON** *Landmark* | ▪ Ideal upgrade path for StratWorks users. RECON® is easily integrated into DecisionSpace-based software architecture using OpenWorks links. |
| **Paradigm™** | ▪ RECON offers 3D geological interpretation solution<br>▪ Will bridge the gap between current seismic and 3D modeling applications |
| EMERSON *roxar* MAXIMUM RESERVOIR PERFORMANCE | ▪ Geological precursor to existing 3D modeling solutions |
| IHS **SMT** | ▪ Adds Windows-based 3D geological interpretation to HIS SMT Kingdom & Petra existing seismic and geological interpretation solutions |

27



**CHR0027**

# Halliburton Market Size

Halliburton consists of two divisions:

- **Completion and Production**
- **Drilling and Evaluation**

**Completion and Production** delivers cementing, stimulation, intervention, pressure control, specialty chemicals, artificial lift, and completion services.

**Drilling and Evaluation** provides field and reservoir modeling, drilling, evaluation, and wellbore placement solutions that enable customers to model, measure, and optimize their well construction activities. The segment includes Landmark Software and Services, and Halliburton Consulting and Project Management.

Drilling and Evaluation Revenue 2012:
$11.1 billion



# Halliburton Revenue

*Operations by business segment*

*Millions of dollars*

| | Year Ended December 31 | | |
|---|---|---|---|
| | 2012 | 2011 | 2010 |
| **Revenue:** | | | |
| Completion and Production | $ 17,380 | $ 15,143 | $ 9,997 |
| Drilling and Evaluation | 11,123 | 9,686 | 7,976 |
| Total revenue | $ 28,503 | $ 24,829 | $ 17,973 |



CHR0029

# Schlumberger Market Size

Schlumberger consists of three groups:

- **Reservoir Characterization**
- **Drilling**
- **Production**

**Reservoir Characterization Group** includes:

- Schlumberger Information Solutions provides software, consulting, information management and IT infrastructure services that support core oil and gas industry operational processes.
- PetroTechnical Services supplies interpretation and integration of all exploration and production data types, as well as expert consulting services for reservoir characterization, field development planning production enhancement and multi-disciplinary reservoir and production solutions. PetroTechnical Services also provides industry petrotechnical training solutions.

## Reservoir Characterization Group Revenue 2012: $11.4 billion



# Schlumberger Revenue

(Stated in millions)

| | 2012 | | 2011 | |
|---|---|---|---|---|
| | Revenue | Income before taxes | Revenue | Income before taxes |
| **Oilfield Services:** | | | | |
| Reservoir Characterization | $ 11,424 | $ 3,212 | $ 9,929 | $ 2,449 |
| Drilling (1) | 15,971 | 2,824 | 13,860 | 2,254 |
| Production (1) | 14,875 | 2,371 | 13,136 | 2,637 |
| Eliminations & other | (121) | (60) | 34 | (35) |
| | 42,149 | 8,347 | 36,959 | 7,305 |
| Corporate & other (2) | — | (694) | — | (590) |
| Interest income (3) | — | 30 | — | 37 |
| Interest expense (4) | — | (331) | — | (290) |
| Charges & credits (5) | — | (161) | — | (223) |
| | $ 42,149 | $ 7,191 | $ 36,959 | $ 6,239 |



CHR0031

# Other Companies

| Company Name | Product |
|---|---|
| Leapfrog3D | Leapfrog Geo |
| Geosoft | Target |
| VSG | Avizo Earth |
| Dynamic Graphics | Earthvision |
| GSI3D | GSI3D |
| Sigma3 | Crystal |
| Transform | TerraFusion |
| | Interpret |
| Senergy | ODM3 |
| Petrosys | Petrosys |
| Badleys | Traptester |
| HRH | EZ-CORRELATE |

| Company Name | Product |
|---|---|
| Emerson | Roxar RMS Wellstrat |
| IHS | Petra |
| IHS | Kingdom |
| Paradigm | StratEarth |
| LMKR | Geographix |
| Baker Hughes | Jewel Suite |
| CGG | E Plus |
| CGG | EarthModel FT |



CHR0032

# Market Size (other sources)

- AGM's RECON software is deployed through a wide range of exploration and production companies. Its solutions apply to a broad spectrum of applications, from planning & drilling exploration oil & gas wells, to the development management of mature fields.

- Total Exploration & Production Geophysical and Geological Software: $1.5 billion[1]

- Market size: $500 million[1,2]

- Market segment growth rate[3]: 10 – 20%

[1] From Geoscience Workstation Market Survey, Pohlman International, Inc.
[2] Includes annual maintenance & support revenue
[3] "Reservoir Description and Characterization" market segment (Pohlman). Largest growth sector in G&G software.



CHR0033

34

# Product Technology



# The Big Idea: From 2-D to 3-D Geology

RECON replaces 2-D legacy workflows with an integrated, 3-D geological interpretation environment



RECON

Landmark *StratWorks*: Current Market Leader

# RECON® Cascade Technology®

- RECON's patented Cascade Technology operates "Behind the Scenes"
- RECON® automatically and immediately updates the workflow without iteration by the user



Patent Awarded July 26, 2011: No. US 7,986,319 B2 : "Method and System for Dynamic, Three-Dimensional Geological Interpretation and Modeling"

36



# RECON: Combine Seismic, Geology, and Engineering Data into one Integrated Environment



Hydraulic frac stages by color



Project containing 680 horizontal wells

**In addition, you can use RECON to integrate:**



Core and Petrographic data



Frac stage tracer data



Engineering & production data



Image log data




Upward and downward dipping sections of horizontal well




Horizontal well panels for advanced well planning and interpretation






RECON's New Approach: 3D Interpretation





CHR0038

# RECON Plugs into our Clients' Data Management Infrastructures



Geoscientists report that a significant amount of their time is typically spent loading, checking and quality controlling data and then transferring their interpretations into modeling tools such as Petrel.

Geologists should be focused on geology and not the mundane tasks of data translation and manipulation.

The RECON® Petrel® Plug-In enables efficient exchange of data and interpretations so it is now easier than ever before to leverage the benefits of RECON. RECON as well as its ReConnect™ plug-in enables direct read/write to the Landmark OpenWorks® R5000 database.



CHR0039

Applying RECON in Exploration





CHR0040

# RECON has been tested on the World's Largest Oilfields – Including Ghawar, Saudi Arabia



CHR0041