# Exhibit 269

| | |
|---|---|
| **From:** | Erik Ahroon <eahroon@acaciares.com> |
| **Sent:** | Thursday, July 18, 2013 10:13 AM |
| **To:** | Gary Fischman |
| **Cc:** | Charlotte Rutherford |
| **Subject:** | FW: Drop Box - Austin GEO |
| **Attachments:** | image001.jpg; AGM - Acacia - Exec Summary.pptx |

FYI

---

**Erik M. Ahroon I Acacia Research Group LLC**
*Vice President, Business Development*

**Texas Office (Headquarters)**
2400 Dallas Parkway Suite 200
Plano, Texas 75093
Office: 214-291-4644
Cell: 949-933-0135
Fax: 214-291-4633
www.acaciaresearchgroup.com

**California Office**
500 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Fax: 949-480-8379

**From:** Erik Ahroon
**Sent:** Wednesday, July 10, 2013 4:24 PM
**To:** Phillip Mitchell; Charlotte Rutherford
**Cc:** John Schneider
**Subject:** Drop Box - Austin GEO

# Redacted

**Charlotte —** Slide 27 is what you requested.

ARnnonosi

or roam        orelogical r 012111g[ COMP41101311, inrcuacning rue Goes 9s3eU larVaw

| Software Solo-dorm. | Why cultorrieri also thaa.c RECOW |
|---|---|
| • - - - - - -  Westoroaroe | beirel:Attbr•i ii a innie        Ee  solution, designed for geologists. FIECOII is positioned As the geological interpietation bridge between Pe tres seismic and 3D modeling solutions |
| **HALLIECURTON1** *frormarA-* | • • • . ides! upgrade path for StratWoeks        REC014. is easily . integrated into DecisionSpace-based soitreare arc hitecture using Op-anWorks |
| **rParadigm●** | * RECON offers 3D geologic a I interptetation solution  • MR bridge the gap between current seismic and    modeling  pprikadoris        - - - |
| ●  (oxar | • Geological precursor to exisilling ID modeling solutions |
| ꜱ | kdds Alinciono.based30¹ geological interprettedon -to Hi SAT- - langdore E Petra exist nig seismic And geologicalinterpretabon sob.] boric |

**Erik M. Ahroon I Acacia Research Group LLC**
*Vice President, Business Development*

**Texas Office (Headquarters)**
2400 Dallas Parkway Suite 200
Plano, Texas 75093
Office: 214-291-4644
Cell: 949-933-0135
Fax: 214-291-4633
www.acaciaresearchgroup.com

**California Office**
500 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Fax: 949-480-8379

ARnnonns?