# Exhibit 157

| | |
|---|---|
| **From:** | Stephen Bonner |
| **Sent:** | Thursday, October 24, 2013 1:33 PM |
| **To:** | Gary Fischman; Charlotte Rutherford; Vincent Varghese; Debra Hexsel |
| **Cc:** | Stephen Bonner |
| **Subject:** | agm demo for matt |

I've spoken with Robin this morning and he already has the ability to turn off & turn on various features of RECON, such as cascade.

Once cascade is turned off, then the dynamic cross-sections become static and turn into snap shots. And then he can present slides showing the impact of the loss of "cascade" and the addition time and process steps under previous versions of Petrel and Landmark that must be execute to update the database with changed picks. Can be 2 or 3 extra hours with exports and imports of data and additional programs needing to run.


Further, I asked if he would be willing to do the demo for the CEO in person, and he would be very agreeable to driving down to Houston for the meeting. I think it would be more effective and interactive in person than via webex.



Regards,


Stephen Bonner

vice president


ACACIA RESEARCH GROUP LLC

THREE POST OAK CENTRAL

1990 POST OAK BLVD, SUITE 710

HOUSTON, TX 77056

P 713.231.1819

C 281.827.3977

F 713.231.1811

E   sbonnerOacaciares.com          to:sbonnerOacaciares.com>



www.acaciaresearch.com <http://www.acaciaresearch.com/>

2

CHR0076