# Exhibit 163

| | |
|---|---|
| **From:** | Gary Fischman |
| **Sent:** | Wednesday, January 29, 2014 6:14 PM |
| **To:** | Charlotte Rutherford |
| **Subject:** | FW: Draft Complaints for Halliburton and Schlumberger |
| **Attachments:** | Orig Complaint - D3D Geo v Halliburton (1-29-14).docx; Orig Complaint - D3D Geo v Schlumberger (Draft 1-29-14).docx |

Charlotte

Here is the current version of the complaints. Matt looked at them when he was here yesterday and was fine with them but wanted me to send them to Ed T which I did. I will ask Debra to send out the notice asking for a reply by Monday.

GJF

From: Michael Collins [mailto:mcollinsr0cepiplaw.com]
Sent: Wednesday, January 29, 2014 5:06 PM
To: Gary Fischman
Cc: John Edmonds; Henry Pogorzelski; Andrew Tower; Shea Palavan; Matthew Zarghouni
Subject: Draft Complaints for Halliburton and Schlumberger

Gary,

Attached please find the latest drafts of the complaints for Schlumberger and Halliburton. These incorporate your comments and the minor changes that I noted in my e-mail of earlier this afternoon.

Please let me know if you have any questions. We are ready to move forward when you give us the green light.

Best regards,

Mike

Michael J. Collins

CEPIP

Collins Edmonds Pogorzelski

Schlather & Tower, PLLC

1616 S. Voss Rd., Suite 125, Houston, TX 77057

431 N. Center St., Longview, TX 75606

281.501.3490 (direct)

832.721.9487 (mobile)

832.415.2535 (fax)

mcollins0cepiplaw.com <mailto:mcollins0cepiplaw.com>

CONFIDENTIALITY STATEMENT:

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC immediately at (281) 501-3425, and destroy all copies of this message and any attachments. Thank you.

2

CHR0113