# Exhibit 148

| | |
|---|---|
| **From:** | Debra Hexsel |
| **Sent:** | Wednesday, January 29, 2014 7:02 PM |
| **To:** | BusDev / Licensing Execs |
| **Cc:** | Cheryl Willeford; Chip Harris; Debra Garay; Clayton Haynes; Marvin Key; Matthew Vella; Tana Hensley; Rob Stewart; Marc Booth; Kristy Kappelman; Jennifer Graff |
| **Subject:** | Notice of New Litigation — Please respond using voting buttons — Dynamic 3D Geosolutions LLC — by Monday 2/3/14 |
| **Importance:** | High |

Our subsidiary:          Dynamic 3D Geosolutions LLC

Portfolio:                    AustinGeo

Licensing Execs:        Gary Fischman

Response Due:           Monday, February 3

Venue:                        Western District of Texas, Austin Division

Defendants:

Halliburton Company

Halliburton Energy Services, Inc.

Landmark Exploration and Production Software and Services, Inc.

Landmark Graphics Corporation


Schlumberger Limited (Schlumberger N.V.)

Schlumberger Holdings Corporation

Schlumberger Technology Corporation


Debra Hexsel

1

CH R0046

paralegal / executive assistant


ACACIA RESEARCH GROUP LLC

Three Post Oak Central

1990 Post Oak Blvd., Suite 710

Houston, TX 77056

P  713-231-1816

F  713-231-1811

C  713-412-9111

E   dhexsei(acaciares.com <mailto:dhexsel0acaciares.com>


www.acaciaresearch.com <http://www.acaciaresearch.com  >

CH R0047