# Exhibit 147

| | |
|---|---|
| **From:** | Gary Fischman |
| **Sent:** | Tuesday, February 04, 2014 12:42 PM |
| **To:** | Charlotte Rutherford |
| **Subject:** | HAL and SLB on file |

Gary J. Fischman

vice president, licensing

ACACIA RESEARCH GROUP LLC

1990 POST OAK BOULEVARD, SUITE 710

HOUSTON, TX 77056

P 713.231.1817

C 713.480.7631

F 713.231.1811

E   sfischman@acaciares.com <mailto:%20gfischman0acaciares.com>

www.acaciaresearch.com <http://www.acaciaresearch.com >

1