# Exhibit 160

**From:** Gary Fischman
**Sent:** Tuesday, February 04, 2014 3:52 PM
**To:** Charlotte Rutherford
**Subject:** FW: Activity in Case 1:14-cv-00111 Dynamic 3D Geosolutions LLC v. Halliburton Company et al Complaint
**Attachments:** Civil Cover Sheet - Halliburton.pdf; Halliburton Complaint - As Filed.pdf

From: Michael Collins [mailto:mcollinsr0cepiplaw.com]
Sent: Tuesday, February 04, 2014 11:33 AM
To: Gary Fischman
Cc: John Edmonds; Henry Pogorzelski; Andrew Tower; Matthew Zarghouni; Shea Palavan
Subject: FW: Activity in Case 1:14-cv-00111 Dynamic 3D Geosolutions LLC v. Halliburton Company et al Complaint

Gary,

We are on-file against Halliburton. Please see the attached civil cover sheet and complaint. The filing against Schlumberger is in progress.

Best regards,

Mike

Michael J. Collins

CEPIP

Collins Edmonds Pogorzelski

Schlather & Tower, PLLC

1616 S. Voss Rd., Suite 125, Houston, TX 77057

431 N. Center St., Longview, TX 75606

281.501.3490 (direct)

832.721.9487 (mobile)

1

CHR0095

832.415.2535 (fax)

mcollins0cepiplaw.com


CONFIDENTIALITY STATEMENT:


The information contained in this electronic message and any attachments to this message are
intended for the exclusive use of the addressee(s) and may contain confidential or privileged
information. If you are not the intended recipient, please notify Collins, Edmonds,
Pogorzelski, Schlather & Tower, PLLC immediately at (281) 501-3425, and destroy all copies of
this message and any attachments. Thank you.


From: TXW USDC Notice0txwd.uscourts.gov [mailto:TXW USDC Notice0txwd.uscourts.gov]
Sent: Tuesday, February 04, 2014 11:07 AM
To: cmecf noticesPtxwd.uscourts.gov
Subject: Activity in Case 1:14-cv-00111 Dynamic 3D Geosolutions LLC v. Halliburton Company et
al Complaint


This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits
attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or
directed by the filer. PACER access fees apply to all other users. To avoid later charges,
download a copy of each document during this first viewing. However, if the referenced
document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court [LIVE]

Western District of Texas

Notice of Electronic Filing


The following transaction was entered by Collins, Michael on 2/4/2014 at 11:07 AM CST and
filed on 2/4/2014

Case Name:

Dynamic 3D Geosolutions LLC v. Halliburton Company et al

Case Number:

1:14-cv-00111 <https://ecfotxwdouscourtsogov/cgi-bin/DktRpt.p1M73030>

Filer:

Dynamic 3D Geosolutions LLC

2

**CHR0096**

Document Number:

1
<https://ecfAxwd.uscourts.govidoc1/181012732421?caseid=6730308tde_seg_num=6&magic_num=84742118>

Docket Text:
COMPLAINT FOR PATENT INFRINGEMENT ( Filing fee $ 400 receipt number 0542-6217068), filed by
Dynamic 3D Geosolutions LLC. (Attachments: # (1) Civil Cover Sheet)(Collins, Michael)

1:14-cv-00111 Notice has been electronically mailed to:

Michael James Collins        mcollinsPcepiplaw.com, cthanosPcepiplaw.com, ivillegasOcepiplawocom

1:14-cv-00111 Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1080075687 [Date=2/4/2014] [FileNumber=12262883-0 ]
[298294ad16a5f2c3d58bf46bc0d77d6fe0644b2ab4ccbd5df9b9Ofd11461341336a
ea0207655bd5a2b8879999e579db462c3570918cb873deee6aa0ca599877c]]
Document description:Civil Cover Sheet
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1080075687 [Date=2/4/2014] [FileNumber=12262883-1 ]
[8241a7b5afae4bc7e236e0e652ef698fa59b4fa18252dcbc3535c02c238be845871
70a587f74f6491d3097100e266f8f76af10185480d074ef839c90903c5049]]

3

CHR0097