# Exhibit 166

**From:** Gary Fischman
**Sent:** Tuesday, February 04, 2014 3:52 PM
**To:** Charlotte Rutherford
**Subject:** FW: Schlumberger Case
**Attachments:** Civil Cover Sheet - Schlumberger.pdf; Schlumberger Complaint - As Filed.pdf

From: Michael Collins [mailto:mcollins0cepiplaw.com]
Sent: Tuesday, February 04, 2014 11:40 AM
To: Gary Fischman
Cc: John Edmonds; Henry Pogorzelski; Andrew Tower; Matthew Zarghouni; Shea Palavan
Subject: Schlumberger Case

Gary,

The Schlumberger case is now also on file. See the attached civil cover sheet and complaint.

Best regards,

Mike

Michael J. Collins

CEPIP

Collins Edmonds Pogorzelski

Schlather & Tower, PLLC

1616 S. Voss Rd., Suite 125, Houston, TX 77057

431 N. Center St., Longview, TX 75606

281.501.3490 (direct)

832.721.9487 (mobile)

832.415.2535 (fax)

1

CHR0140

mcollins0cepiplaw0com <mailto:mcollins0cepiplaw.com>

CONFIDENTIALITY STATEMENT:

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC immediately at (281) 501-3425, and destroy all copies of this message and any attachments. Thank you.

CHR0141