# Exhibit 322b

**Austin Geomodeling, Inc.**
**Privilege Log in Response to Schlumberger's Court-Modified Subpoena (ECF No. 93-1)**

| No. | Date | Time | Author | Recipient | CC | Type | Source | Document Summary | Privilege |
|---|---|---|---|---|---|---|---|---|---|
| 1A | 8/22/2013 | 3:08 PM | Robin Dommisse | Charlotte Rutherford | Tron Isaksen | Email chain | | Communication relating to diligence issues; refers to list of potential infringers generated within Acacia. | WP |
| **1B** | 8/22/2013 | 4:13 PM | Charlotte Rutherford | Robin Dommisse | Tron Isaksen | Email chain | | Communication relating to diligence issues; refers to list of potential infringers generated within Acacia. | WP |
| 2A | 8/20/2013 | 12:45 PM | Erick Ahroon | Robin Dommisse Tron Isaksen | Brian Rinaldi Phillip Mitchell Charlotte Rutherford Gary Fischman Stephen Bonner Vincent Varghese | Email | | Communication regarding patent assignment agreement (produced) and due diligence efforts for enforcement of the '319 Patent. | AWP |
| 2B | 7/19/2010 | | Acacia | | | DOC | | Due Diligence Questionnaire, encompasses attorney work product for enforcement of patents. | AWP |

1