IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DYNAMIC 3D GEOSOLUTIONS LLC,<br><br>    PLAINTIFF,<br><br>  v.<br><br>SCHLUMBERGER LIMITED<br>(SCHLUMBERGER N.V.);<br>SCHLUMBERGER HOLDINGS<br>CORPORATION; AND<br>SCHLUMBERGER TECHNOLOGY<br>CORPORATION<br><br>    DEFENDANTS. | CASE NO.: 1:14-cv-00112-LY<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Dynamic 3D Geosolutions, LLC hereby appeals to the United States Court of Appeals for the Federal Circuit from the following: (1) Order Granting in Part and Denying in Part Motion to Disqualify Counsel and Dismiss Without Prejudice (Doc 134), entered on March 31, 2015; (2) Final Judgment (Doc 135), entered on March 31, 2015; and (3) any and all other opinions, orders, findings, or rulings prior to, concurrent with, or after the March 31, 2015 dismissal/judgment in the above-named case that were adverse to Plaintiff Dynamic 3D Geosolutions, LLC.

April 23, 2015

Respectfully submitted,

/s/ Michael J. Collins
Michael J. Collins
Texas Bar No. 04614510
John J. Edmonds
Texas Bar No. 789758
COLLINS, EDMONDS & POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 S. Voss Road, Suite 125

Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
mcollins@cepiplaw.com
jedmonds@cepiplaw.com

ATTORNEYS FOR PLAINTIFF
DYNAMIC 3D GEOSOLUTIONS LLC

CERTIFICATE OF SERVICE

I hereby certify that all known counsel of record are being served with a copy of this document via the Court's ECF system.

February 9, 2015                              /s/ Michael J. Collins
                                              Michael J. Collins