IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| DYNAMIC 3D GEOSOLUTIONS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | A-14-CV-112 LY |
| SCHLUMBERGER LIMITED (SCHLUMBERGER N.V.); SCHLUMBERGER HOLDINGS CORPORATION; AND SCHLUMBERGER TECHNOLOGY CORPORATION, | § § § § § § | |
| Defendants. | § § § | |

## NOTICE OF APPEAL BY ACACIA RESEARCH CORPORATION AND ACACIA RESEARCH GROUP, LLC

Notice is given that Acacia Research Corporation and Acacia Research Group, LLC in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from this Court's Order that among other things disqualified "all in-house counsel for Acacia Research Corporation and its subsidiaries" from representing Plaintiff and Final Judgment entered in this action on March 31, 2015 (Dkt. Nos. 134 and 135), and any other interlocutory or otherwise appealable orders in this action.

Dated:  April 30, 2015

Respectfully submitted,

TAYLOR DUNHAM AND RODRIGUEZ LLP
301 Congress Ave., Suite 1050
Austin, Texas 78701

Telephone: (512) 473-2257
Facsimile: (512) 478-4409

_____
Cabrach J. Connor
State Bar No. 24036390
Email: cconnor@taylordunham.com
Miguel S. Rodriguez
State Bar No. 24007938
Email: mrodriguez@taylordunham.com

LEAD COUNSEL FOR APPELLANTS
ACACIA RESEARCH CORPORATION
AND ACACIA RESEARCH GROUP,
LLC


**OF COUNSEL:**

**STRADLING YOCCA CARLSON & RAUTH, P.C.**

Marc J. Schneider, CA State Bar No. 214609
Email: mschneider@sycr.com
Travis P. Brennan, CA State Bar No. 238119
Email: tbrennan@sycr.com
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

OF COUNSEL FOR APPELLANTS ACACIA
RESEARCH CORPORATION AND ACACIA
RESEARCH GROUP, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1) this 30th day of April 2015. Copies of this Notice of Appeal are being provided to the Clerk for mailing to counsel of record per FRAP 3(d).

Stephen E. McConnico
Steven J. Wingard
Paige A. Amstutz
SCOTT, DOUGLASS & MCCONNICO, L.L.P.
600 Congress Avenue, Suite 1500
Austin, Texas 78701
smcconnico@scottdoug.com
swingard@scottdoug.com
pamstutz@scottdoug.com

Maximilian A. Grant
Gabriel K. Bell
LATHAM & WATKINS LLP
555 Eleventh Street N.W., Suite 1000
Washington, DC 20004-1304
max.grant@lw.com
gabriel.bell@lw.com

Ann Marie Wahls
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
annmarie.wahls@lw.com

Terrence Connolly
Thomas J. Humphrey
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
terrence.connolly@lw.com
thomas.humphrey@lw.com

Michael J. Collins
John J. Edmonds
Henry Pogorzelski
Shea N. Palavan
Matthew C. Juren
COLLINS, EDMONDS & POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
mcollins@cepiplaw.com
jedmonds@cepiplaw.com
hpogorzelski@cepiplaw.com
spalavan@cepiplaw.com
mjuren@cepiplaw.com

Cabrach J. Connor