

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF TEXAS**

501 West 5th Street, Suite 1100
Austin, Texas 78701
512-916-5896

Jeannette J. Clack

May 1, 2015

Ms. Jan Horbaly, Clerk
U.S. Court of Appeals for the Federal Circuit
Howard T. Markey National Courts Bldg.
717 Madison Place, N. W.
Washington, D. C. 20439

RE: USDC #A:14-cv-112 LY   Dynamic 3D Geosolutions LLC v. Schlumberger Limited
(Schlumberger N.V,) et al.

Dear Clerk:

In connection with this appeal, the following documents are transmitted.

| | |
|---|---|
| X | Certified copy of the notice of appeal (dkt #137), certified copy of the docket sheet, Appeal Information Sheet, judgment/order being appealed from (dkt #134 and #135). |
| X | The filing fee has been paid for the appeal. |
| X | The District Judge entering the final judgment is Lee Yeakel. |
| X | The Court Reporter was Arlinda Rodriguez (512) 391-8791. |

If you need anything else please let me know.

Sincerely,

*Deanna Massie*

Jeannette J. Clack, Clerk
By: Deanna Massie, Deputy

cc:   Counsel of Record

FORM 4.    APPEAL INFORMATION SHEET

FEDERAL CIRCUIT APPEAL INFORMATION SHEET

__X__  United States District Court for the <u>Western District of Texas - Austin Division</u>

Type of Case: <u>Patent Infringement 28:1338</u>

DYNAMIC 3D GEOSOLUTIONS LLC V. SCHLUMBERGER LIMITED (SCHLUMBERGER NV.), SCHLUMBERGER HOLDINGS CORPORATION, SCHLUMBERGER TECHNOLOGY CORPORATION, AUSTIN GEOMODELING, INC. CHARLOTTE RUTHERFORD

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. __1-14-CV-112 LY__    Date of Judgment or Order: __3/31/15__

Cross or Related Appeal? __Related__   Date of Notice of Appeal: __4/30/15__

Appellants are: ____ Plaintiff ____ Defendants __X__ Other (explain) <u>Interested Party</u>

|  | | |
|---|---|---|
| FEES: Court of Appeals docket fee paid? | __X__ Yes | ____ No |
| U. S. Appeal? | ____ Yes | __X__ No |
| In Forma Pauperis? | ____ Yes | __X__ No |
| Is this matter under seal? | ____ Yes | __X__ No |

**COUNSEL:**

**Dynamic 3D Geosolutions LLC :**

**John J Edmonds**
Collins, Edmonds & Pogorzelski, PLLC
1616 S. Voss Rd., Ste. 125
Houston, TX 77057
(713) 858-3320
Fax: 832-415-2535
Email: jedmonds@cepiplaw.com

**Matthew C. Juren**
Collins, Edmonds, Pogorzelski, Schlather & Tower PLLC
1616 S. Voss Road, Suite 125
Houston, TX 77057

Fax: (832) 415-2535
Email: mjuren@cepiplaw.com

**Henry Pogorzelski**
Collins Edmonds Pogorzelski Schlather & Tower PLLC
1616 S. Voss Road, Suite 125
Houston, TX 77057
(281) 501-3425
Fax: 832/415-2535
Email: hpogorzelski@cepiplaw.com

**Matthew M Zarghouni**
Fomby & Zarghouni LLC
4669 Southwest Freeway, Ste 575
Houston, TX 77027
(281) 310-0902
Fax: (832) 201- 8781
Email: matt@fozalaw.com

**Shea Neal Palavan**
Collins, Edmonds, Pogorzelski, Schlater & Tower PLLC
1616 South Voss Road, Suite 124
Houston, TX 77057
(832) 623-6478
Fax: (832) 415-2535
Email: spalavan@cepiplaw.com

**Michael James Collins**
Collins Edmonds Pogorzelski Schlather & Tower PLLC
1616 S. Voss Road, Suite 125
Houston, TX 77018
(281) 501-3490
Fax: 832/ 415-2535
Email: mcollins@cepiplaw.com

**COUNSEL** :

**For Schlumberger Limited (Schlumberger N.V.)**

**Ann Marie Wahls**
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
Fax: (312) 993-9767
Email: annmarie.wahls@lw.com

**Eugene Chiu**
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025
650-470-4973
Fax: 650-463-2600
Email: eugene.chiu@lw.com

**Gabriel K. Bell**
Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
Fax: (202) 637-2201
Email: gabriel.bell@lw.com

**Maximilian A. Grant**
Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
Fax: (202) 637-2201
Email: max.grant@lw.com

**Paige Arnette Amstutz**
Scott, Douglass & McConnico, LLP
303 Colorado Street
Suite 2400
Austin, TX 78701
(512) 495-6300
Fax: 512-495-6399
Email: pamstutz@scottdoug.com

**Stephen E. McConnico**
Scott, Douglass & McConnico LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
(512) 495-6300
Fax: 512/474-0731
Email: smcconnico@scottdoug.com

**Steven J. Wingard**
Scott, Douglass & McConnico, L.L.P.
303 Colorado Street
Suite 2400
Austin, TX 78701
(512)495-6300

Fax: 512/474-0731
Email: swingard@scottdoug.com

**Terrence J. Connolly**
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200
Fax: (212) 751-4864
Email: terrence.connolly@lw.com

**Thomas Humphrey**
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200
Fax: (212) 751-4864
Email: Thomas.Humphrey@lw.com


**Elizabeth M. Roesel**
Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
Fax: (202) 637-2201
Email: elizabeth.roesel@lw.com


**For Schlumberger Holdings Corporation**:

**Ann Marie Wahls**
(See above for address)

**Eugene Chiu**
(See above for address)

**Gabriel K. Bell**
(See above for address)

**Maximilian A. Grant**
(See above for address)

**Paige Arnette Amstutz**
(See above for address)

**Stephen E. McConnico**


(See above for address)

**Steven J. Wingard**
(See above for address)

**Terrence J. Connolly**
(See above for address)

**Thomas Humphrey**
(See above for address)

**Elizabeth M. Roesel**
(See above for address)

**For Schlumberger Technology Corporation:**

**Ann Marie Wahls**
(See above for address)

**Eugene Chiu**
(See above for address)

**Gabriel K. Bell**
(See above for address)

**Maximilian A. Grant**
(See above for address)

**Paige Arnette Amstutz**
(See above for address)

**Stephen E. McConnico**
(See above for address)

**Steven J. Wingard**
(See above for address)

**Terrence J. Connolly**
(See above for address)

**Thomas Humphrey**
(See above for address)

**Elizabeth M. Roesel**
(See above for address)

**For Austin Geomodeling, Inc. (Movant):**

**John J Edmonds**
(See above for address)

**Matthew C. Juren**
(See above for address)

**Henry Pogorzelski**
(See above for address)

**Shea Neal Palavan**
(See above for address)

**Michael James Collins**
(See above for address)


**For Charlotte Rutherford (Movant):**

**Timothy C. Shelby**
Ahmad Zavisanos Anaipakos Alavi & Mensing
1221 McKinney, Suite 3460
Houston, TX 77010
713-655-1101
Fax: 713/655-0062
Email: tshelby@azalaw.com


**For Acacia Research Group LLC (Interested Party):**

**Travis P. Brennan**
Stradling Yocca Carlson & Rauth, P.C.
660 Newport enter Drive
Suite 1600
Newport Beach, CA 92660-6422
949-725-4000
949-725-4100 (fax)
tbrennan@sycr.com


**Cabrach J. Connor**
Taylor Dunham and Rodrguez LLP

301 Congress Ave, Suite 1050
Austin, TX 78701
(512) 473-2257
(512) 478-4409 (fax)
cconnor@taylordunham.com

**Miguel S. Rodriguez**
Taylor Dunham and Rodriguez LLP
301 Congress Avenue
Suite 1050
Austin, TX 78701
(512)473-2257
512/478-4409 (fax)
mrodriguez@taylordunham.com

**For Gary Fischman (Interested Party):**

**Travis P. Brennan**
(see above for address)

**Cabrach J. Connor**
(see above for address)

**Miguel S. Rodriguez**
(see above for address)

Court Reporter:     Arlinda Rodriguez  (512) 391-8791

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.